UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT   **FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MASTER DOCKET. No: 57 2005 SEP 27 |
| | | 2:90-CR-18(AHN) |
| V. | : | U.S. DISTRICT COURT BRIDGEPORT, CONN |
| FRANK COLANTONI | : | SEPTEMBER 26, 2005 |

### PETITIONER FRANK COLANTONI'S MOTION TO ADOPT

In the interest of justice and judicial economy, Petitioner Frank Colantoni hereby moves to adopt the following document filed by Petitioner Gaetano Milano, as if he had filed it in his own name:

1. Renewed Motion For Leave To Conduct Discovery Relating To The Government's Pre-Trial Confidential Informant Non-Disclosure, dated September 21, 2005 (with attachments #(1) Exhibit A, #(2) Memorandum In Support, #(3) Exhibit A, #(4) Exhibit B - pages 1-50, #(5) Exhibit B - pages 51-100, #(6) Exhibit B - pages 101-150, #(7) Exhibit B - pages 151-183, #(8) Exhibit C - pages 1-25, #(9) Exhibit C - pages 26-40, #(10) Exhibit C - pages 41-65).

WHEREFORE, Petitioner moves that this motion be granted.

Respectfully Submitted,
Petitioner, FRANK COLANTONI

By _Michael A. Fitzpatrick_
Michael A. Fitzpatrick, Esq.
Park City Plaza
10 Middle St., 11 FL
Bridgeport, CT 06604
Federal Bar No.: Ct02470
Tel: 203-334-4653
Fax: 203-334-1591
Email: mike@attymikefitz.com

### CERTIFICATION

This is to certify that a copy of the foregoing was hand delivered and/or mailed, postage prepaid, on September 26, 2004 to:

AUSA James K. Filan, Jr.
U.S. Attorney's Office
915 Lafayette Blvd.
Bridgeport, CT 06604
**(Counsel for Government)**

Attorney Craig A. Raabe
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
**(Counsel for Gaetano Milano)**

Attorney Vincent Bongiorni
95 State Street, Suite 309
Springfield, MA 01103
**(Counsel for Frank Pugliano)**

Attorney John M. Thompson
Thompson & Thompson, PC
1331 Main Street, Suite 320
Springfield, MA 01103
**(Counsel for Louis Pugliano)**

_Michael A. Fitzpatrick_
Michael A. Fitzpatrick