UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | | |
| | : | | |
| V. | : | CRIMINAL NO. | 2:90CR00018(AHN) |
| | : | CIVIL NOS. | 3:95CV1171(AHN) |
| LOUIS PUGLIANO, | : | | 3:95CV1145(AHN) |
| FRANK PUGLIANO and | : | | 3:95CV1330(AHN) |
| FRANK COLANTONI | : | | 3:97CV409(AHN) |
| | : | February 2, 2007 | |

## GOVERNMENT'S MOTION TO DISMISS

The United States of America, through the undersigned Assistant United States Attorney, respectfully moves to dismiss, with prejudice, the petitions for writ of habeas corpus filed by petitioners Louis Pugliano, Frank Pugliano and Frank Colantoni. The instant motion to dismiss is based on the Stipulation of Dismissal executed by the Government and the above-named petitioners and filed with the Court on January 26, 2007. A copy of that Stipulation of Dismissal is attached hereto.

WHEREFORE, the Government respectfully requests that the petitions filed by Louis Pugliano, Frank Pugliano and Frank Colantoni be dismissed with prejudice.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD, ROOM 309
BRIDGEPORT, CONNECTICUT 06604
TELEPHONE: (203) 696-3000
Federal Bar No. ct15565

CERTIFICATION

I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, this 2nd day of February, 2007, to:

John M. Thompson, Esq.
1331 Main Street, Suite 320
Springfield, MA 01103
(Counsel for Louis Pugliano)

Craig A. Raabe, Esq.
280 Trumbull Street
Hartford, CT 06103
(Counsel for Gaetano Milano)

Vincent Bongiorni, Esq.
95 State Street
Springfield, MA 01103
(Counsel for Frank Pugliano)

Michael Fitzpatrick, Esq.
10 Middle Street, 11th Floor
Bridgeport, CT 06604
(Counsel for Frank Colantoni)

BY: _____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY